652 A.2d 795

**COMMONWEALTH of Pennsylvania**

v.

**Michael JOHNSON, a/k/a Norman Gillis, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 7, 1994.

Decided Dec. 30, 1994.

James D. Famiglio, Broomall, for M. Johnson.

Louis G. Stesis, Dennis C. McAndrews, Media, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.